# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                      Chapter 13

**Jacob Shensky**
**Crystal Shensky**                          Case NO. 16-04290
           **Debtor(s)/Movant(s)**

## MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 7

**AND NOW**, this 4th day of November 2019, the Debtors, by and through their attorney, Dawn M. Cutaia, file this Motion to Convert their Case from a Chapter 13 to a Chapter 7 and in support thereof state the following:

1. Debtors filed a Chapter 13 bankruptcy on October 15, 2016.
2. Debtors wish to have their case converted to a Chapter 7.
3. Debtors' case has not previously been converted.

    **WHEREFORE**, the Debtors respectfully requests this Honorable Court convert their case to a Chapter 7.

                                                 Respectfully Submitted,

                                                 By: <u>/s/ Dawn M. Cutaia</u>
                                                                 Dawn M. Cutaia
                                                   Supreme Court ID 77965
                                                           Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                                    Chapter 13

**Jacob Shensky**
**Crystal Shensky**                                     Case NO. 16-04290
        **Debtor(s)/Movant(s)**

## ORDER CONVERTING CASE

Upon consideration of Debtors' Motion to Convert Case to a Proceeding under Chapter 7 pursuant to 11 U.S.C. § 1307 (a), **IT IS HEREBY**:

    **ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.