```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 16-04290-HWV
Jacob Shensky                                                       Chapter 7
Crystal Shensky
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: DDunbar            Page 1 of 1           Date Rcvd: Nov 06, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
db/jdb         +Jacob Shensky,    Crystal Shensky,    50 Old York Road,    Wellsville, PA 17365-9791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Jacob   Shensky dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Crystal   Shensky dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Elizabeth L Wassall    on behalf of Creditor    PNC Bank, National Association ewassall@udren.com,
               bankruptcy@udren.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Morris Anthony Scott    on behalf of Creditor    PNC Bank, National Association pabk@logs.com
              Nicole Bernadette LaBletta    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,    brausch@pincuslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                             Chapter 13

**Jacob Shensky**
**Crystal Shensky**                       Case NO. 16-04290
         **Debtor(s)/Movant(s)**

## ORDER CONVERTING CASE

Upon consideration of Debtors' Motion to Convert Case to a Proceeding under Chapter 7 pursuant to 11 U.S.C. § 1307 (a), **IT IS HEREBY**:

    **ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.

Dated: November 6, 2019                  By the Court,

                                                       *Henry W. Van Eck* (signature)
                                                       Henry W. Van Eck, Bankruptcy Judge (JH)