Certificate Number: 17082-PAM-DE-034158840

Bankruptcy Case Number: 16-04290



17082-PAM-DE-034158840

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on February 29, 2020, at 7:03 o'clock AM MST, JACOB W SHENSKY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 29, 2020         By:     /s/Orsolya K Lazar

                                Name:   Orsolya K Lazar

                                Title:  Executive Director