Certificate Number: 17082-PAM-DE-034158856

Bankruptcy Case Number: 16-04290


17082-PAM-DE-034158856

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 29, 2020, at 7:17 o'clock AM MST, CRYSTAL L SHENSKY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 29, 2020  By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director